**CANDYMASTERS, Inc., Petitioner, v. FEDERAL TRADE COMMISSION.**

No. 528, Original.

Circuit Court of Appeals, Eighth Circuit.

Jan. 19, 1942.

Clifton Parks, of St. Paul, Minn., for petitioner.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of order of Federal Trade Commission dismissed without costs to either party in this Court, on dismissal filed by counsel for petitioner.

**COMMISSIONER OF INTERNAL REVENUE v. Mabel G. ADAMS.**

No. 2502.

Circuit Court of Appeals, Tenth Circuit.

Feb. 12, 1942.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

James A. McClure, of Topeka, Kan., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

**COMMISSIONER OF INTERNAL REVENUE v. Howard ADAMS, Executor of the Will of Mabel G. Adams, Deceased.**

No. 2503.

Circuit Court of Appeals, Tenth Circuit.

Feb. 12, 1942.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

James A. McClure, of Topeka, Kan., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

**COMMISSIONER OF INTERNAL REVENUE v. ESTATE of Edwin M. JOHN, Deceased, Claude J. John, Executor.**

**ESTATE of Edwin M. JOHN, Deceased, Claude J. John, Executor, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 10043.

Circuit Court of Appeals, Ninth Circuit.

Feb. 9, 1942.

J. P. Wenchel, Chief Counsel, Bureau of Int. Revenue, of Washington, D. C., for Commissioner.

F. A. Knight, of Long Beach, Cal., for taxpayer.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to joint motion of counsel for respective parties, and good cause therefor appearing, ordered petitions to review herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Paul J. CUBBISON, Appellant, v. DELCO PRODUCTS CORPORATION, Appellee.**

No. 8856.

Circuit Court of Appeals, Sixth Circuit.

Feb. 12, 1942.